**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

MACK H. WALKER, JR.
ADC #128142                                                                                    PLAINTIFF

V.                                    NO: 5:06CV00199 WRW/HDY

CORRECTIONAL MEDICAL SERVICES *et al.*                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge

William R. Wilson, Jr.  Any party may serve and file written objections to this recommendation.

Objections should be specific and should include the factual or legal basis for the objection.  If the

objection is to a factual finding, specifically identify that finding and the evidence that supports your

objection.  An original and one copy of your objections must be received in the office of the United

States District Court Clerk no later than eleven (11) days from the date of the findings and

recommendations.  The copy will be furnished to the opposing party.  Failure to file timely

objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District
        Judge  (if such a  hearing is granted)  was not  offered at  the
        hearing before the Magistrate Judge.

3.      The detail of any testimony desired to be introduced at the

1

hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite 402
> Little Rock, AR 72201-3325

## DISPOSITION

Plaintiff filed this complaint on July 27, 2006, alleging he is being denied adequate medical treatment. On March 8, 2007, Plaintiff filed a motion to voluntarily dismiss his complaint (docket entry #20). According to Plaintiff, he seeks the dismissal because of the discovery of new, vital information; new Defendants need to be added; and because the primary Defendants have been dismissed. For good cause shown, Plaintiff's motion should be granted.

IT IS THEREFORE RECOMMENDED THAT:

1.     Plaintiff's motion to dismiss (docket entry #20) be GRANTED, and Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.

2.     The Court certify, pursuant to 28 U.S.C. 1915(a)(3), that an *in forma pauperis* appeal from its order and the judgment entered thereunder, would not be taken in good faith.

DATED this ___9___ day of March, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

2