# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MACK H. WALKER, JR.
ADC #128142                                                                                    PLAINTIFF

V.                                    5:06CV00199-WRW

CORRECTIONAL MEDICAL SERVICES *et al.*                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.    IT IS THEREFORE ORDERED THAT:

1.    Plaintiff's motion to dismiss (docket entry #20) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2.    The Court certifies, pursuant to 28 U.S.C. 1915(a)(3), that an *in forma pauperis* appeal from its order and the judgment entered thereunder, would not be taken in good faith.

DATED this 26th day of March, 2007.


                                                    /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE