# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MACK H. WALKER, JR.
ADC #128142                                                                                   PLAINTIFF

V.                                    5:06CV00199-WRW

CORRECTIONAL MEDICAL SERVICES *et al.*                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice. The Court certifies, pursuant to 28 U.S.C. 1915(a)(3), that an *in forma pauperis* appeal from its order and this judgment entered thereunder, would not be taken in good faith.

DATED this 26th day of March, 2007.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE